IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI ANN DENCAUSSE,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 3:11-cv-00207-JPG-CJP |

MEMORANDUM & ORDER

This matter comes before the Court on Magistrate Judge Proud's Report and Recommendation ("R&R") wherein it was recommended the final decision of the Commissioner of Social Security to be affirmed (Doc. 14). The Commissioner determined plaintiff Lori Dencausse is not disabled and therefore denied her application for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI).

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id*. The Court must review *de novo* the portions of the report to which specific written objections are made. *Id*. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Neither party in this matter filed an objection to Magistrate Judge Proud's recommendation. The Court, therefore, reviews for clear error. *See Johnson,* 170 F.3d at 739.

1

Upon reviewing the R&R, the Court finds it to be accurate. The Administrative Law Judge's findings were based upon the law and accurately reflected the facts in this case as discussed in Magistrate Judge Proud's R&R.  The Court therefore **ADOPTS** the R&R (Doc. 14) and **AFFIRMS** the Commissioner's decision to deny Dencausse's application for DIB and SSI.

**IT IS SO ORDERED.**
**DATED: February 16, 2012**

s./ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**