IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORI ANN DENCAUSSE,

        Plaintiff,

    v.                                    Case No. 3:11-cv-00207-JPG-CJP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Michael Astrue,

Commissioner of Social Security, to deny plaintiff Lori Ann Dencausse's applications for

disability benefits and supplemental security income is affirmed.


**NANCY J. ROSENSTENGEL, Clerk of Court**

**s/ Jina Hoyt, Deputy Clerk**


**Date: February 16, 2012**

**Approved:**    **s./ J. Phil Gilbert**
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**